UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JORDAN ROSENBERG,

        Plaintiff,                       No. C 09-0354 PJH (PR)

  v.                                     **ORDER OF TRANSFER**

HARLEY G. LAPPIN, et al.,

        Defendants.

                             /

      This is a civil rights case brought pro se by a former federal prisoner. The acts complained of are alleged to have occurred "mainly" at the Federal Correctional Complex-Lompoc, which is in Lompoc, California, and thus lies within the venue of the United States District Court for the Central District of California. Defendants, who are prison employees, probably reside there as well. The center of gravity of this case, therefore, is in the Central District rather than here.

      This case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1404(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

      **IT IS SO ORDERED.**

Dated: March 10, 2009.

                                             PHYLLIS J. HAMILTON
                                             United States District Judge

G:\PRO-SE\PJH\CR.09\ROSENBERG0354.TRN.wpd