UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| JORDAN ROSENBERG,<br><br>    Plaintiff,<br><br>v.<br><br>HARLEY G. LAPPIN, et al.,<br><br>    Defendants. | CV 09-1722-PA (SH)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the First Amended Complaint and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

///

///

///

1


IT IS THEREFORE ORDERED that a Judgment be entered (1) approving and adopting the Report and Recommendation, (2) granting Defendants' Motion for Judgment on the Pleadings in part; (3) directing that Judgment be entered dismissing Claims 1.1, 2.1, and 5.1, and all claims against Defendants in their official capacities, with prejudice, and (4) dismissing the due process portion of Claims 3.1 and 4.1 with leave to amend.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order on the Plaintiff and counsel for Defendants.

DATED: 9/14/10

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE