1
2
3
4
5
6
7
8

9              UNITED STATES DISTRICT COURT

10        CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

11
12
13
14

15   JORDAN ROSENBERG,                    ) CV 09-1722-PA (SH)
                                          )
16                        Plaintiff,      ) ORDER ADOPTING REPORT AND
                                          ) RECOMMENDATION OF UNITED
17            v.                          ) STATES MAGISTRATE JUDGE
                                          )
18   HARLEY G. LAPPIN, et al.,            )
                                          )
19                        Defendants.     )
20   _____ )

21       Pursuant to 28 U.S.C. Section 636(b)(1)(c), the Court has reviewed the First

22   Amended Complaint and other papers along with the attached Report and

23   Recommendation of the United States Magistrate Judge, and has made a de novo

24   determination of the Report and Recommendation.

25   ///

26   ///

27   ///

28

                                          1

IT IS THEREFORE ORDERED that an Order be entered (1) approving and adopting the Report and Recommendation, (2) granting Defendant U.S.'s Motion to Dismiss; (3) dismissing Plaintiff's common law tort claims (Claims 1.2, 1.3, 2.2, 2.3, and 3.2.); (4) dismissing the U.S. from the action, and; (5) dismissing the injunctive relief portions of Claims 4.2 and 5.2.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order Adopting  and the Order of this date on the Plaintiff and counsel for Defendant.

DATED: October 1, 2010

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

2