UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| JORDAN ROSENBERG, | ) CV 09-1722-PA (SH) |
| | ) |
| Plaintiff, | ) ORDER ACCEPTING REPORT AND |
| | ) RECOMMENDATION OF UNITED |
| v. | ) STATES MAGISTRATE JUDGE |
| | ) |
| HARLEY G. LAPPIN, et al., | ) |
| | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. Section 636(b)(1)(c), the Court has reviewed the Second Amended Complaint and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

///
///
///

1


1   IT IS THEREFORE ORDERED that a Judgment be entered (1) approving
2 and accepting the Report and Recommendation, (2) granting Defendants' Motion
3 to Dismiss; (3) dismissing the Second Amended Complaint without leave to amend.
4   IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of
5 this Order and the Judgment of this date on the Plaintiff and counsel for Defendants.
6 DATED: __December 16, 2011

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE