UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| JORDAN ROSENBERG, | ) CV 09-1722-PA  (SH) |
| | ) |
| | ) JUDGMENT |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HARLEY G. LAPPIN, et al., | ) |
| | ) |
| Defendants. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Second Amended Complaint is dismissed without leave to amend.

DATED: December 16, 2011

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE